**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID EARL MCCORVEY, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION 13-0118-WS-N** |
| | ) |
| **ALABAMA RIVER CELLULOSE, LLC,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The deadline for filing the parties' joint pretrial document, presently due on or before October 14, 2014, (Doc. 72-1 at 1), is reset for **October 17, 2014**.

DONE and ORDERED this 8th day of October, 2014.


s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE